IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| FREDERICKA NELLON,<br><br>   Plaintiff,<br><br>vs.<br><br>LIBBEY, INC.<br><br>   Defendant. | Case No. 1:19-cv-12260 |

## NOTICE OF SETTLEMENT

  Plaintiff Fredericka Nellon, by and through her undersigned counsel, hereby advises this Honorable Court that she has reached an agreement in principle with Defendant Libbey, Inc. The parties are finalizing settlement documents and expect to file a notice of dismissal within thirty (30) days.

| | |
|---|---|
| Dated:  January 10, 2020 | Respectfully submitted,<br><br>BLOCK & LEVITON LLP<br><br>By:  */s/ Jason Leviton*<br>Jason M. Leviton, Esq.<br>260 Franklin Street, Suite 1860<br>Boston, MA 02110<br>Telephone: (617) 398-5600<br>Jason@blockesq.com<br><br>Benjamin J. Sweet<br>THE SWEET LAW FIRM, P.C.<br>1145 Bower Hill Road, Suite 104<br>Pittsburgh, PA 15243<br>Telephone: (412) 857-5350<br>ben@sweetlawpc.com<br><br>*Attorneys for Plaintiff* |

2

**CERTIFICATE OF SERVICE**

      I, Jason M. Leviton, hereby certify that the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants this 10th day of January, 2020.

                                                    */s/ Jason M. Leviton*
                                                    JASON M. LEVITON