UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| FREDERICKA NELLON )<br>                     Plaintiff, )<br>                              )<br>     v.                      )<br>                              )<br>                              )<br>LIBBEY INC                    )<br>                              )<br>                     Defendant. ) | Civil Action<br>No. 19-12260-PBS |

**SETTLEMENT ORDER OF DISMISSAL**

SARIS, D.J

The Court having been advised on January 10, 2020, by the parties that the above action has been settled:

IT IS ORDERED that this action is hereby dismissed without prejudice to reconsideration and possible re-opening if within 30 days of this order a motion is filed which represents that the terms of the settlement agreement have not been performed and there is good cause for the non-performing party or parties to have failed to perform.

1/10/2020                                By the Court,
Date

                                         /s/ Miguel A. Lara
                                         Deputy Clerk

1